UNITED STATES, Appellee

v

ROSARIO VAZQUEZ-DAVILA, Sergeant,
U. S. Army, Appellant

12 USCMA 550, 31 CMR 136

No. 15,140

November 24, 1961

*Captain Samuel J. Rozel* argued the cause for Appellant, Accused. With him on the brief was *Colonel W. H. Blackmarr.*

*First Lieutenant Alvin B. Fox* argued the cause for Appellee, United States. With him on the brief were *Lieutenant Colonel James G. McConaughy, Major Francis M. Cooper,* and *First Lieutenant Jerome Nelson.*

Opinion of the Court

QUINN, Chief Judge:

This case presents the same issue as United States v Forwerck, 12 USCMA 540, 31 CMR 126. For the reasons set out in the opinion in that case, the decision of the board of review is affirmed.

Judge KILDAY concurs.

FERGUSON, Judge (dissenting):

I dissent for the reasons set forth in my separate opinion in United States v Forwerck, 12 USCMA 540, 31 CMR 126, this day decided.